# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00181-CR

**James Otice Clary, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 85-355-K, THE HONORABLE JOHN R. CARTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James Otis Clary seeks to appeal from a judgment of conviction for murder. *See* Tex. Penal Code § 19.02. The record reflects that sentence was imposed, pursuant to a plea bargain in which appellant waved his right to appeal, on September 19, 1985. Appellant filed his notice of appeal on March 19, 2015. Appellant's notice of appeal—filed almost 30 years after sentence was imposed—is untimely. *See* Tex. R. App. P. 26.2(a). Absent a timely filed notice of appeal, we do not obtain jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

                    Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed:   March 31, 2015

Do Not Publish